**Order entered August 4, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00656-CV

## IN RE NICHOLAS D. MOSSER, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-06006-2019**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is relator's July 27, 2022 motion for rehearing. On the Court's own motion, we **VACATE** the July 26, 2022 opinion and order denying the petition and **REINSTATE** the petition for writ of mandamus to the Court's active docket. Having done so, we **DENY** relator's motion for rehearing as moot.

/s/    LESLIE OSBORNE
        JUSTICE